IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SERGIO L. SHAW,

                                                              ORDER
                    Plaintiff,

                                                      09-cv-747-bbc
        v.

OFFICER NEUMIER,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

          It has come to my attention that the first line of the order dated December 15,

2009, contains a typographical error.  IT IS ORDERED that the first line of the order should

read "Plaintiff Sergio Shaw, a prisoner at the Columbia Correctional Institution in Portage,

Wisconsin, has submitted a proposed complaint." In all other respects, the order remains

unchanged.

          Entered this 28th day of December, 2009.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        BARBARA B. CRABB
                                        District Judge

1