IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SERGIO L. SHAW,

        Plaintiff,                           ORDER

    v.

                                                   09-cv-747-bbc

BRIAN NEUMAIER,

        Defendant.

---

        On August 2, 2010, I accepted the defendant's explanation why he had not provided an Employee Investigation Report and a written letter of reprimand to plaintiff earlier and decided to take no further action. Plaintiff has now filed a motion for reconsideration of that decision, dkt. 58, and a reply to defendant's response, dkt. 59. I understand plaintiff to be seeking sanctions because he believes that defendant acted in bad faith in not producing this information earlier. I am not persuaded that defendant or his lawyer acted in bad faith or that plaintiff is entitled to any award of his costs at this time. Therefore, plaintiff's motion for reconsideration will be denied.

ORDER

        IT IS ORDERED that plaintiff's motion for reconsideration, dkt. #58, is DENIED,

Entered this 11th day of August, 2010.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge